UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DERYCK BROWN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　　-against-<br><br>DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>　　　　　　　　　　　　Defendants. | 20-CV-9407 (CM)<br><br>CIVIL JUDGMENT |

　　　　Pursuant to the order issued January 20, 2021, dismissing the complaint,

　　　　IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed in forma pauperis ("IFP application") and prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

　　　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

　　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　January 20, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN McMAHON
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge